UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMED A. KHALI,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case No. 06-CV-12330

HONORABLE AVERN COHN

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND
DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND
REMANDING MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

I.

This is a social security case.  Plaintiff Mohamed A. Khali appeals from the final determination of the Commissioner of Social Security (Commissioner) that he is not disabled and therefore not entitled to disability insurance benefits.  The matter was referred to a magistrate judge for all pretrial proceedings.  Plaintiff and the Commissioner filed cross motions for summary judgment.  The magistrate judge issued a report and recommendation (MJRR) recommending that both motions be denied and that the matter be remanded for further administrative proceedings.

II.

Neither party has filed objections to the MJRR. Accordingly, the findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court. Plaintiff's motion for summary judgment is GRANTED. The Commissioner's motion for summary judgment is DENIED. This matter is REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) consistent with the MJRR.

SO ORDERED.


Dated:  April 17, 2007          s/Avern Cohn
                                AVERN COHN
                                UNITED STATES DISTRICT JUDGE



I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, April 17, 2007, by electronic and/or ordinary mail.

                                s/Julie Owens
                                Case Manager, (313) 234-5160