# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MOHAMED A. KHALI**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 06-CV-12330**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Avern Cohn**

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**
_____/

## **JUDGMENT**

In accordance with this Court's Order dated May 07, 2007, judgment is hereby entered awarding Plaintiff attorney fees for the total amount of $3,173.00 under the Equal Access to Justice Act (EAJA) 28 U.S.C. Section 2412. The check should be issued to Kenneth F. Laritz. The award of attorney fees will satisfy all Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. Section 2412.

    SO ORDERED.


DATED: May 07, 2007　　　　　　　　　　　　　　　　　s/Avern Cohn_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge